UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                              Criminal No. 10-cr-056-01-SM

Leif Anderson

**O R D E R**

On December 21, 2011, defendant appeared for a preliminary hearing/probable cause hearing under Fed. R. Crim. P. 32.1 on three alleged violations of conditions of supervision, as charged in the government's petition dated December 20, 2011 (doc. no. 32).  Defendant is on release from his conviction in 2010 for Failing to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a).

At the close of the hearing, defendant stipulated to probable cause on the violations.  I therefore find probable cause that defendant has violated the conditions as charged in the petition.

Defendant sought release under Rule 32.1(a)(6). The government sought detention.  Under Rule 32.1(a)(6), defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community.  The court issued its ruling orally from the bench.  The court incorporates its oral ruling herein, and for the reasons stated on the record, finds

that defendant did not meet his burden to show by clear and

convincing evidence that he will not flee and that his release,

even on strict conditions, would pose no danger to any other

person or the community.  Accordingly, it is **ORDERED** that the

defendant be detained pending a final revocation hearing.

The defendant is committed to the custody of the Attorney

General or his designated representative for confinement in a

corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody

pending appeal.  The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an

attorney for the government, the person in charge of the

corrections facility shall deliver the defendant to the United

States Marshal for the purpose of an appearance in connection

with a court proceeding.

    **SO ORDERED.**

                               _____
                               Landya B. McCafferty
                               United States Magistrate Judge

Date: December 21, 2011

cc:  Jessica C. Brown, Esq.
     Arnold H. Huftalen, Esq.
     U.S. Marshal
     U.S. Probation